UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANG & OLUFSEN A/S,<br><br>Plaintiff,<br><br>v.<br><br>AR ELECTRICS STORE, BA ELECTRICS STORE, DONE-WAY 3C STORE, G-LICHIFIT STORE, LICHIFIT ELECTRICS STORE, LICHIFIT-Z6H ELECTRICS STORE, LICHIMSK ELECTRICS STORE, SHENZHEN WELLDY TECHNOLOGY CO., LTD., SHOP5242180 STORE, SHOP5837234 STORE, SHOP5839201 STORE, SHOP5840211 STORE, SHOP910962005 STORE, THE WORLD ONLINE STORE, USA CAPTAIN-HF INTELLIGENT PRODUCT STORE, USA COMPASS 3 STORE STORE, USA COMPASS INTELLIGENT PRODUCT STORE and ZK-LICHIFIT STORE,<br><br>Defendants. | 20-cv-10411 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On January 6, 2021, Plaintiff informed the Court that each of Defendants has been served and that this case may be unsealed. Accordingly, the Clerk is directed to unseal this case; the Court will unseal its Orders of December 21, 2020, and January 11, 2021, and file them on the public docket; and Plaintiff shall publicly file the supporting documents for the Orders.

SO ORDERED.

Dated: January 12, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge