Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Bang & Olufsen A/S*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANG & OLUFSEN A/S,<br>*Plaintiff*<br><br>v.<br><br>AR ELECTRICS STORE, *et al.*,<br>*Defendants* | CIVIL ACTION No.<br>20-cv-10411 (JPO) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bang & Olufsen A/S ("Bang & Olufsen" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Shop5242180 Store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 15, 2021                                Respectfully submitted,

                                      **EPSTEIN DRANGEL LLP**

                           BY:   /s/ Brieanne Scully_____
                                 Brieanne Scully (BS 3711)
                                 bscully@ipcounselors.com
                                 EPSTEIN DRANGEL LLP
                                 60 East 42nd Street, Suite 2520
                                 New York, NY 10165
                                 Telephone:    (212) 292-5390
                                 Facsimile:     (212) 292-5391
                                 *Attorneys for Plaintiff*
                                 *Bang & Olufsen A/S*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2021.


                                 _____
                                 Judge J. Paul Oetken
                                 United States District Judge